| | | |
|---|---|---|
| AMBER DEANN HENLEY<br>BENJAMIN LEE HENLEY<br>792 NEW HOPE RD.<br>ELLISVILLE, MS 39437 | CSPIRE WIRELESS<br>PO BOX 159<br>MEADVILLE, MS 39653 | MOHELA<br>ATTN: BANKRUPTCY<br>P.O.BOX 9635<br>WILKES BARR, PA 18773 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | EDFINANCIAL SERVICES L<br>120 N SEVEN OAKS DRIVE<br>KNOXVILLE, TN 37922 | NATIONAL CREDIT ADJ<br>ATTN: BANKRUPTCY<br>PO BOX 3023<br>HUTCHINSON, KS 67504 |
| 1ST FRANKLIN<br>2001 HIGHWAY 15 N<br>LAUREL, MS 39440 | EMPOWER CASH ADVANCE<br>ATTN: BANKRUPTCY<br>660 YORK ST<br>STE 102<br>SAN FRANCISCO, CA 94110 | PORTFOLIO RECOVERY<br>ATTN: BANKRUPTCY<br>120 CORPORATE BLVD<br>NORFOLK, VA 23502 |
| 21ST MORTGAGE CORP<br>ATTN: BANKRUPTCY<br>620 MARKET STREET<br>KNOXVILLE, TN 37902 | GOLDMAN SACHS BANK USA<br>ATTN: BANKRUPTCY<br>PO BOX 70379<br>PHILADELPHIA, PA 19176 | PROGRESSIVE LEASING<br>256 W DATA DR<br>DRAPER, UT 84020 |
| AFFIRM, INC.<br>ATTN: BANKRUPTCY<br>650 CALIFORNIA ST<br>FL 12<br>SAN FRANCISCO, CA 94108 | KATAPULT<br>5204 TENNYSON PKWY<br>#500<br>PLANO, TX 75024 | RIVER FUNDS GROUP<br>117 RUE NOLKA<br>WOLINAK, QUEBEC G0X-1B |
| BRIGHT LENDING<br>PO BOX 578<br>HAYS, MT 59527 | LENDMARK FINANCIAL SER<br>2118 USHER ST.<br>COVINGTON, GA 30014 | SPEEDY CASH<br>5165 EMERALD PKWY<br>STE 100<br>DUBLIN, OH 43017 |
| CASCADE SPINGS CREDIT<br>27565 RESEARCH PARK DR<br>MISSION, SD 57555 | LVNV FUNDING<br>ATTN: BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE, SC 29603 | SPEEDY CASH<br>3611 N. RIDGE RD.<br>WICHITA, KS 67205 |
| CASHNET USA<br>175 W JACKSON<br>STE 1000<br>CHICAGO, IL 60604 | MERRICK BANK CORP<br>PO BOX 9201<br>OLD BETHPAGE, NY 11804 | SPOT LOAN<br>PO BOX 927<br>PALATINE, IL 60078-0927 |
| CONTINENTAL FINANCE CO<br>ATTN: BANKRUPTCY<br>4550 LINDEN HILL RD<br>STE 4<br>WILMINGTON, DE 19808 | MIDLAND CREDIT MGMT<br>ATTN: BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO, CA 92193 | TOWER LOAN<br>ATTN: BANKRUPTCY<br>PO BOX 320001<br>FLOWOOD, MS 39232 |