United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-51282-KMS |
| Amber Deann Henley | Chapter 7 |
| Benjamin Lee Henley | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Dec 18, 2025 | Form ID: 318 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Amber Deann Henley, Benjamin Lee Henley, 792 New Hope Rd., Ellisville, MS 39437-5749 |
| 5557931 | + | 1st Franklin, 2001 Highway 15 N, Laurel, MS 39440-1838 |
| 5557938 | + | CSpire Wireless, PO Box 159, Meadville, MS 39653-0159 |
| 5557935 | | Cascade Spings Credit, 27565 Research Park Dr, Mission, SD 57555 |
| 5557947 | + | Mohela, Attn: Bankruptcy, P.O.Box 9635, Wilkes Barr, PA 18773-9635 |
| 5557951 | | River Funds Group, 117 Rue Nolka, Wolinak, Quebec G0X-1B |
| 5557954 | | Spot Loan, PO Box 927, Palatine, IL 60078-0927 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Dec 19 2025 00:42:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| cr | | Email/Text: ebn@21stmortgage.com | Dec 18 2025 19:43:00 | 21st Mortgage Corporation, PO Box 477, Knoxville, TN 37901 |
| 5557932 | | Email/Text: ebn@21stmortgage.com | Dec 18 2025 19:43:00 | 21st Mortgage Corp, Attn: Bankruptcy, 620 Market Street, Knoxville, TN 37902 |
| 5557933 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 18 2025 19:48:07 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5557934 | + | Email/Text: customerservice@brightlending.com | Dec 18 2025 19:43:00 | Bright Lending, PO Box 578, Hays, MT 59527-0578 |
| 5557937 | | Email/Text: cfcbackoffice@contfinco.com | Dec 18 2025 19:43:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 5557936 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Dec 18 2025 19:43:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5557940 | | Email/Text: operations@empower.me | Dec 18 2025 19:43:00 | Empower Cash Advance, Attn: Bankruptcy, 660 York St, Ste 102, San Francisco, CA 94110 |
| 5557939 | + | Email/Text: EBN@edfinancial.com | Dec 18 2025 19:43:00 | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5557941 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 18 2025 19:43:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5557942 | ^ | MEBN | Dec 18 2025 19:38:16 | Katapult, 5204 Tennyson Pkwy, #500, Plano, TX 75024-7142 |
| 5557943 | | Email/Text: bk@lendmarkfinancial.com | Dec 18 2025 19:43:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 5557944 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2025 19:48:07 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 18, 2025 | Form ID: 318 | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Greenville, SC 29603-0497 |
| 5557945 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 18 2025 19:48:04 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5557946 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 18 2025 19:43:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5557948 | + | Email/Text: bankruptcy@ncaks.com | Dec 18 2025 19:43:00 | National Credit Adj, Attn: Bankruptcy, Po Box 3023, Hutchinson, KS 67504-3023 |
| 5557949 | | EDI: PRA.COM | Dec 19 2025 00:42:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5557950 | + | Email/Text: ecfbankruptcy@progleasing.com | Dec 18 2025 19:43:00 | Progressive Leasing, 256 W Data Dr, Draper, UT 84020-2315 |
| 5557953 | + | Email/Text: bkinfo@ccfi.com | Dec 18 2025 19:43:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 5557952 | + | Email/Text: bkinfo@ccfi.com | Dec 18 2025 19:43:00 | Speedy Cash, 5165 Emerald Pkwy, Ste 100, Dublin, OH 43017-1095 |
| 5557955 | | Email/Text: bankruptcy@towerloan.com | Dec 18 2025 19:43:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lendmark Financial Services, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 20, 2025   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Amber Deann Henley trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Benjamin Lee Henley trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Dec 18, 2025 | Form ID: 318 | Total Noticed: 28 |

nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Amber Deann Henley** | Social Security number or ITIN  **xxx–xx–1216** |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Benjamin Lee Henley** | Social Security number or ITIN  **xxx–xx–4160** |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **25–51282–KMS** | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Amber Deann Henley**
aka Amber D Henley, aka Amber Henley

**Benjamin Lee Henley**
aka Benjamin L Henley, aka Benjamin Henley

Dated: 12/18/25

**By the court:**  /s/Katharine M. Samson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**